# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

145438

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ROBERT A. KRUEGER and PHYLLIS
G. KRUEGER,
      Petitioners-Appellees,

v

                         SC: 145438
                         COA: 302246
DEPARTMENT OF TREASURY,       MTT: 00-342850
      Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 29, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

h1217